UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 02-61161-CIV-MORENO

JEFFREY J. THOMPKINS,

    Plaintiff,

vs.

LIL' JOE RECORDS, INC., LIL' JOE WEIN MUSIC, INC., JOSEPH WEINBERGER, and JOHN DOE INDIVIDUALS and CORPORATIONS 1-5,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND DEFENDANTS' MOTION FOR APPELLATE FEES

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on Defendants' Corrected Petition for Attorney's Fees and Costs **(D.E. No. 252)**, filed on **January 20, 2005** and Defendants' Motion for Appellate Fees (**D.E. No. 296)** filed on **June 19, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 326)** on **March 4, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 326)** on **March 4, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) Defendants' Corrected Petition for Attorney's Fees and Costs is DENIED and

(2) Defendants' Motion for Appellate Fees is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record